Spring v Allegany-Limestone Cent. Sch. Dist. (2024 NY Slip Op 00594)

Spring v Allegany-Limestone Cent. Sch. Dist.

2024 NY Slip Op 00594

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024

PRESENT: SMITH, J.P., CURRAN, BANNISTER, OGDEN, AND NOWAK, JJ. (Filed Feb. 2, 2024.) 

MOTION NO. (717/23) CA 22-01318.

[*1]KERI SPRING, AS THE DULY APPOINTED ADMINISTRATOR OF THE ESTATE OF GREGORY SPRING, DECEASED, PLAINTIFF-RESPONDENT, 
v
ALLEGANY-LIMESTONE CENTRAL SCHOOL DISTRICT, BOARD OF EDUCATION OF ALLEGANY-LIMESTONE CENTRAL SCHOOL DISTRICT AND KEVIN STRAUB, PRINCIPAL, DEFENDANTS-APPELLANTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.